Jamellah Faraasha Muhammad
1818 S. State College Boulevard #204
Anaheim, CA 92806
(424) 521-0872

Defendant, Pro Per

FILED
2023 MAY -5 AM 10: 56
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY ~~EEE~~

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CSCDA COMMUNITY IMPROVEMENT AUTHORITY, | Case No. SACV23-00782-JWH (ADSx) |
| Plaintiff(s), | |
| vs. | NOTICE OF REMOVAL |
| JAMELLAH FARAASHA MUHAMMAD, DOES 1 TO 10, inclusive, | |
| Defendant(s). | |

TO THE CLERK OF THE ABOVE-TITLED COURT AND THE HONORABLE UNITED STATES DISTRICT JUDGE:

PLEASE TAKE NOTICE that defendant Jamellah Faraasha Muhammad ("Defendant") hereby remove to this Court the above-captioned action described further below:

## I.    THE PROCEDURAL REQUIREMENTS FOR REMOVAL ARE SATISFIED.

On February 21, 2023, Plaintiff, CSCDA Community Improvement Authority, , ("Plaintiff") filed an unlawful detainer action in the Superior Court of California, County of Orange, entitled:

NOTICE OF REMOVAL

CSCDA COMMUNITY IMPROVEMENT AUTHORITY vs
JAMELLAH FARAASHA MUHAMMAD, DOES 1 TO 10

Defendant's Answer to the complaint for unlawful detainer was based on a defective Notice to quit. A copy of the relevant Pleadings, i.e., summons, complaint, and Answer are attached hereto as "Exhibit A."

1. This removal is therefore timely because it is not barred by the provisions of 28 U.S.C. § 1446(b).

2. There are no other named Defendants in the action.

3. No previous request has been made for the relief requested.

4. The Superior Court of California for the County of Riverside is located within the Central District of California. Sec 28 U.S.C. § 84(c)(1). Thus, venue is proper in this Court because it is the "district and divisions embracing the place where such action is pending." 28 U.S.C. § 1441(a).

5. This Action is removable to the instant Court because it originally could have been filed in this Court pursuant to 28 U.S.C. § 1441(a) and/or (b). The complaint presents federal questions. Supplemental jurisdiction exists with respect to any remaining claims pursuant to 28 .S.C. § 1367.

II.     FEDERAL QUESTION: REMOVAL IS PROPER BECAUSE THIS COURT HAS SUBJECT MATTER JURISDICTION PURSUANT TO 28 U.S.C. §1331 and §1441.

7. The complaint for Unlawful Detainer is subject to strict notice requirements.

8. Defendant filed the Answer to the complaint based on a 3-Day Notice, i.e., Notice to Quit, that failed to comply with *Code of Civil Procedure* § 1161(2).

9. Notwithstanding said violation of *Code of Civil Procedure* § 1161(2), the Superior Court for the County of Orange did not sustain the Answer.

10. Federal question exists because Defendant's Answer, a pleading depend on the determination of Defendant's rights and Plaintiff's duties under federal law.

NOTICE OF REMOVAL

1  Wherefore Defendant, Jamellah Faraasha Muhammad respectfully remove this action from the California Superior Court for the County of Orange this Court pursuant to 28 United States Code Sections 1331 and 1441.

2

3

4

5

6

7

8

9  Dated: 5.4.23

By: _____

Jamellah Faraasha Muhammad

Defendant

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF REMOVAL

# EXHIBIT A

Scanned with CamScanner

Electronically Filed by Superior Court of California, County of Orange, 02/21/2023 08:00:06 AM.
30-2023-01308747-CL-UD-CJC - ROA # 5 - DAVID H. YAMASAKI, Clerk of the Court By Y. Ramirez, Deputy Clerk.

# SUMMONS—EVICTION
## (CITACIÓN JUDICIAL—DESALOJO)
### UNLAWFUL DETAINER / FORCIBLE DETAINER / FORCIBLE ENTRY
*(RETENCIÓN ILÍCITA DE UN INMUEBLE / RETENCIÓN FORZOSA / ENTRADA FORZOSA)*

**SUM-130**

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
Jamellah Faraasha Muhammad; AND DOES 1 TO 10 INCLUSIVE

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
CSCDA Community Improvement Authority

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 5 days. You have 5 DAYS, not counting Saturdays and Sundays and other judicial holidays, after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff.

A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courts.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services website (www.lawhelpca.org), the California Courts Online Self-Help Center (www.courts.ca.gov/selfhelp), or by contacting your local court or county bar association.

**FEE WAIVER:** If you cannot pay the filing fee, ask the clerk for a fee waiver form. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Usted ha sido demandado. Si no responde dentro de 5 días, el tribunal puede emitir un fallo en su contra sin una audiencia. Una vez que le entreguen esta citación y papeles legales, solo tiene 5 DÍAS, sin contar sábado y domingo y otros días feriados del tribunal, para presentar una respuesta por escrito en este tribunal y hacer que se entregue una copia al demandante.*

*Una carta o una llamada telefónica no lo protege. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no presenta su respuesta a tiempo, puede perder el caso por falta de comparecencia y se le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados local.*

*EXENCIÓN DE CUOTAS: Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos con un gravamen sobre cualquier cantidad de $10,000 ó más recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desestimar el caso.*

1. The name and address of the court is:
   *(El nombre y dirección de la corte es):*
   SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE, CENTRAL JUSTICE CENTER
   700 CIVIC CENTER DRIVE WEST
   SANTA ANA, CA 92701

   **CASE NUMBER** *(número del caso):*
   30-2023-01308747-CL-UD-CJC   Assigned for All Purposes
   Commissioner Robert Kohler

2. The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: *(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
   Shelley M. Crawford #219957                Kimball, Tirey & St. John LLP
   2040 Main Street, Suite 500                (949) 476-5585
   Irvine, CA 92614

---

Form Adopted for Mandatory Use
Judicial Council of California
SUM-130 [Rev. January 1, 2023]

**SUMMONS—EVICTION**
(Unlawful Detainer / Forcible Detainer / Forcible Entry)

Page 1 of 2
Code of Civil Procedure §§ 412.20, 415.45, 1167
www.courts.ca.gov

CEB | Essential
ceb.com | Forms

23-3229633

Scanned with CamScanner

UD-100

| ATTORNEY OR PARTY WITHOUT ATTORNEY | STATE BAR NUMBER | FOR COURT USE ONLY |
|---|---|---|
| NAME: Shelley M. Crawford, Bar #219957 FIRM NAME: Kimball, Tirey & St. John LLP STREET ADDRESS: 2040 Main Street, Suite 500 CITY: Irvine STATE: CA ZIP CODE: 92614 TELEPHONE NO: (949) 476-5585 FAX NO: (949) 476-5580 EMAIL ADDRESS: OCefiling@kts-law.com ATTORNEY FOR (name): Plaintiff | | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Orange
STREET ADDRESS: 700 CIVIC CENTER DRIVE WEST
MAILING ADDRESS:
CITY AND ZIP CODE: SANTA ANA, CA 92701
BRANCH NAME: CENTRAL JUSTICE CENTER

PLAINTIFF: CSCDA Community Improvement Authority
DEFENDANT: Jamellah Faraasha Muhammad
[X] DOES 1 TO 10 inclusive

CASE NUMBER: 30-2023-01308747-CL-UD-CJC

**COMPLAINT - UNLAWFUL DETAINER***
[X] COMPLAINT  [ ] AMENDED COMPLAINT (Amendment Number):

Assigned for All Purposes
Commissioner Robert Kohler

**Jurisdiction** (check all that apply):
[X] ACTION IS A LIMITED CIVIL CASE
Amount demanded [X] does not exceed $10,000.
[ ] exceeds $10,000 but does not exceed $25,000.
[ ] ACTION IS AN UNLIMITED CIVIL CASE (amount demanded exceeds $25,000)
[ ] ACTION IS RECLASSIFIED by this amended complaint or cross-complaint (check all that apply):
[ ] from unlawful detainer to general unlimited civil (possession not in issue).  [ ] from limited to unlimited.
[ ] from unlawful detainer to general limited civil (possession not in issue).  [ ] from unlimited to limited.

1. PLAINTIFF (name each):
   CSCDA Community Improvement Authority

   alleges causes of action against DEFENDANT (name each):
   Jamellah Faraasha Muhammad

2. a. Plaintiff is
   (1) [ ] an individual over the age of 18 years.    (4) [ ] a partnership.
   (2) [X] a public agency.                           (5) [ ] a corporation.
   (3) [ ] other (specify):

   b. [ ] Plaintiff has complied with the fictitious business name laws and is doing business under the fictitious name of (specify):

3. a. The venue is the court named above because defendant named above is in possession of the premises located at (street address, apt no., city, zip code, and county):
   1818 S. State College Blvd. #204
   Anaheim, Orange County, CA 92806

   b. The premises in 3a are (check one)
   (1) [X] within the city limits of (name of city): Anaheim
   (2) [ ] within the unincorporated area of (name of county):

   c. The premises in 3a were constructed in (approximate year): 2008

4. Plaintiff's interest in the premises is  [X] as owner  [ ] other (specify):
5. The true names and capacities of defendants sued as Does are unknown to plaintiff.

*NOTE: Do not use this form for evictions after sale (Code Civ. Proc., § 1161a).

Form Approved for Optional Use
Judicial Council of California
UD-100 [Rev. September 1, 2020]

**COMPLAINT - UNLAWFUL DETAINER**

Page 1 of 4
Civil Code § 1940 et seq.
Code of Civil Procedure §§ 425.12, 1166
www.courts.ca.gov

CEB Essential Forms

23-3229633

Scanned with CamScanner

| | |
|---|---|
| PLAINTIFF: CSCDA Community Improvement Authority | CASE NUMBER |
| DEFENDANT: Jamellah Faraasha Muhammad | |

UD-100

6. a. On or about (date): 05/21/2021
   defendant (name each):
   Jamellah Faraasha Muhammad

   (1) agreed to rent the premises as a ☐ month-to-month tenancy  ☒ other tenancy (specify): 15 Months
   (2) agreed to pay rent of $ 2,897.00 payable ☒ monthly ☐ other (specify frequency):
   (3) agreed to pay rent on the ☒ first of the month ☐ other day (specify):
   b. This ☒ written ☐ oral agreement was made with
      (1) ☐ plaintiff.                    (3) ☐ plaintiff's predecessor in interest.
      (2) ☒ plaintiff's agent.            (4) ☐ Other (specify):
   c. ☒ The defendants not named in item 6a are
      (1) ☐ subtenants.
      (2) ☐ assignees.
      (3) ☒ Other (specify): Unknown
   d. ☐ The agreement was later changed as follows (specify):

   e. ☐ A copy of the written agreement, including any addenda or attachments that form the basis of this complaint, is attached and labeled Exhibit 1. (Required for residential property, unless item 6f is checked. See Code Civ. Proc., § 1166.)
   f. ☒ (For residential property) A copy of the written agreement is not attached because (specify reason)
      (1) ☐ the written agreement is not in the possession of the landlord or the landlord's employees or agents
      (2) ☒ this action is solely for nonpayment of rent (Code Civ. Proc., § 1161(2)).

7. The tenancy described in 6 (complete (a) or (b))
   a. ☐ is not subject to the Tenant Protection Act of 2019 (Civil Code, § 1946.2). The specific subpart supporting why tenancy is exempt is (specify):
   b. ☒ is subject to the Tenant Protection Act of 2019.

8. (Complete only if item 7b is checked. Check all applicable boxes.)
   a. ☒ The tenancy was terminated for at-fault just cause (Civil Code, § 1946.2(b)(1)).
   b. ☐ The tenancy was terminated for no-fault just cause (Civil Code, § 1946.2(b)(2)) and the plaintiff (check one)
      (1) ☐ waived the payment of rent for the final month of the tenancy, before the rent came due, under section 1946.2(d)(2), in the amount of $
      (2) ☐ provided a direct payment of one month's rent under section 1946.2(d)(3), equaling $ to (name each defendant and amount given to each):

   c. ☐ Because defendant failed to vacate, plaintiff is seeking to recover the total amount in 8b as damages in this action.

9. a. ☒ Defendant (name each): Jamellah Faraasha Muhammad

   was served the following notice on the same date and in the same manner:
   (1) ☒ 3-day notice to pay rent or quit       (5) ☐ 3-day notice to perform covenants or quit
   (2) ☐ 30-day notice to quit                       (not applicable if item 7b checked)
   (3) ☐ 60-day notice to quit                  (6) ☐ 3-day notice to quit under Civil Code, § 1946.2(c)
   (4) ☐ 3-day notice to quit                       Prior required notice to perform covenants served (date):
                                                 (7) ☐ Other (specify):

UD-100 [Rev. September 1, 2020]         COMPLAINT - UNLAWFUL DETAINER                    Page 2 of 4

23-3229633

Scanned with CamScanner

UD-100

| PLAINTIFF: CSCDA Community Improvement Authority | CASE NUMBER |
|---|---|
| DEFENDANT: Jamellah Faraasha Muhammad | |

9. b (1) On (date) 01/12/2023  the period stated in the notice checked in 9a expired at the end of the day
   (2) Defendants failed to comply with the requirements of the notice by that date.
   c. All facts stated in the notice are true.
   d. [X] The notice included an election of forfeiture.
   e. [X] A copy of the notice is attached and labeled Exhibit 2. (Required for residential property. See Code Civ. Proc. § 1166. When Civil Code § 1946.2(c). applies and two notices are required, provide copies of both.)
   f. ☐ One or more defendants were served (1) with the prior required notice under Civil Code, § 1946.2(c), (2) with a different notice, (3) on a different date, or (4) in a different manner, as stated in Attachment 10c. (Check item 10c and attach a statement providing the information required by items 9a–e and 10 for each defendant and notice.)

10. a. [X] The notice in item 9a was served on the defendant named in item 9a as follows:
    (1) ☐ By personally handing a copy to defendant on (date):
    (2) ☐ By leaving a copy with (name or description):
        a person of suitable age and discretion, on (date):                                              at defendant's
        ☐ residence   ☐ business   AND mailing a copy to defendant at defendant's place of residence
        on (date)                         because defendant cannot be found at defendant's residence or usual place of business.
    (3) [X] by posting a copy on the premises on (date): 01/09/2023
        [X] AND giving a copy to a person found residing at the premises AND mailing a copy to defendant at the premises
        on (date): 01/09/2023
        (a) ☐ because defendant's residence and usual place of business cannot be ascertained OR
        (b) [X] because no person of suitable age or discretion can be found there.
    (4) ☐ (Not for 3-day notice, see Civil Code, § 1946, before using) By sending a copy by certified or registered mail addressed to defendant on (date):
    (5) ☐ (Not for residential tenancies; see Civil Code, § 1953, before using) In the manner specified in a written commercial lease between the parties.
    b. ☐ (Name):
       was served on behalf of all defendants who signed a joint written rental agreement.
    c. ☐ Information about service of notice on the defendants alleged in item 9f is stated in Attachment 10c.
    d. ☐ Proof of service of the notice in item 9a is attached and labeled Exhibit 3.

11. ☐ Plaintiff demands possession from each defendant because of expiration of a fixed-term lease.
12. [X] At the time the 3-day notice to pay rent or quit was served, the amount of rent due was $ 2,697.00
13. [X] The fair rental value of the premises is $ 89.90 per day.
14. ☐ Defendant's continued possession is malicious, and plaintiff is entitled to statutory damages under Code of Civil Procedure section 1174(b). (State specific facts supporting a claim up to $600 in Attachment 14.)
15. [X] A written agreement between the parties provides for attorney fees.
16. ☐ Defendant's tenancy is subject to the local rent control or eviction control ordinance of (city or county, title of ordinance, and date of passage):

Plaintiff has met all applicable requirements of the ordinances.

17. [X] Other allegations are stated in Attachment 17.
18. Plaintiff accepts the jurisdictional limit, if any, of the court.

UD-100 [Rev. September 1, 2020]

**COMPLAINT - UNLAWFUL DETAINER**

Page 3 of 4

23-3229633

Scanned with CamScanner

UD-100

| PLAINTIFF: CSCDA Community Improvement Authority | CASE NUMBER |
| DEFENDANT: Jamellah Faraasha Muhammad | |

**19. PLAINTIFF REQUESTS**
a. possession of the premises.
b. costs incurred in this proceeding:
c. [X] past-due rent of $ 2,697.00
d. [X] reasonable attorney fees.
e. [X] forfeiture of the agreement.
f. [ ] damages in the amount of waived rent or relocation assistance as stated in item 8: $
g. [X] damages at the rate stated in item 13 from (date): 02/01/2023 for each day that defendants remain in possession through entry of judgment.
h. [ ] statutory damages up to $600 for the conduct alleged in item 14.
i. [ ] other (specify):

20. [X] Number of pages attached (specify): 4

**UNLAWFUL DETAINER ASSISTANT** (Bus. & Prof. Code, §§ 6400-6415)

21. [X] (Complete in all cases.) An unlawful detainer assistant [X] did not [ ] did for compensation give advice or assistance with this form. (If declarant has received any help or advice for pay from an unlawful detainer assistant, complete a–f.)

a. Assistant's name:
b. Street address, city, and zip code:
c. Telephone no.:
d. County of registration:
e. Registration no.:
f. Expires on (date):

Date: 02/16/2023

Shelley M. Crawford, Bar #219957       /s/ Shelley M. Crawford
(TYPE OR PRINT NAME)                   (SIGNATURE OF PLAINTIFF OR ATTORNEY)

**VERIFICATION**

(Use a different verification form if the verification is by an attorney or for a corporation or partnership.)

I am the plaintiff in this proceeding and have read this complaint. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

_____          ▶ See attached verification
(TYPE OR PRINT NAME)                   (SIGNATURE OF PLAINTIFF)

UD-100 [Rev. September 1, 2020]     **COMPLAINT - UNLAWFUL DETAINER**     Page 4 of 4
CEB Essential Forms                                                        23-3229633

Scanned with CamScanner

| ATTORNEY OR PARTY WITHOUT ATTORNEY | STATE BAR NUMBER | | UD-105 |
|---|---|---|---|
| NAME: Jamellah Faraasha Muhammad | | | FOR COURT USE ONLY |
| FIRM NAME: | | | |
| STREET ADDRESS: 1818 S. State College Blvd., #204 | | | **FILED** |
| CITY: Anaheim  STATE: CA  ZIP CODE: 92806 | | | SUPERIOR COURT OF CALIFORNIA |
| TELEPHONE NO: (424) 521-0872  FAX NO: | | | COUNTY OF ORANGE |
| EMAIL ADDRESS: | | | CENTRAL JUSTICE CENTER |
| ATTORNEY FOR (name): IN PRO PER | | | APR 12 2023 |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE | | | DAVID H. YAMASAKI, Clerk of the Court |
| STREET ADDRESS: 700 Civic Center Drive West | | | |
| MAILING ADDRESS: same | | | BY_____ DEPUTY |
| CITY AND ZIP CODE: Santa Ana, CA 92701 | | | |
| BRANCH NAME: Santa Ana Courthouse | | | |
| PLAINTIFF: CSCDA COMMUNITY IMPROVEMENT AUTHORITY | | | |
| DEFENDANT: JAMELLAH FARAASHA MUHAMMED | | | |
| ANSWER—UNLAWFUL DETAINER | | | CASE NUMBER: 30-2023-01308747-CL-UD-CJC |

1. Defendant (all defendants for whom this answer is filed must be named and must sign this answer unless their attorney signs):
   JAMELLAH FARAASHA MUHAMMED

   answers the complaint as follows:

2. **DENIALS** (Check ONLY ONE of the next two boxes.)

   a. ☐ **General Denial** (Do not check this box if the complaint demands more than $1,000.)
      Defendant generally denies each statement of the complaint and of the Mandatory Cover Sheet and Supplemental Allegations—Unlawful Detainer (form UD-101).

   b. ☒ **Specific Denials** (Check this box and complete (1) and (2) below if complaint demands more than $1,000.)
      Defendant admits that all of the statements of the complaint and of the Mandatory Cover Sheet and Supplemental Allegations—Unlawful Detainer (form UD-101) are true EXCEPT:

      (1) **Denial of Allegations in Complaint** (Form UD-100 or Other Complaint for Unlawful Detainer)

      (a) Defendant claims the following statements of the complaint are false (state paragraph numbers from the complaint or explain below or, if more room needed, on form MC-025):
         ☐ Explanation is on form MC-025, titled as Attachment 2b(1)(a).
         Paragraphs 7 thru 21

      (b) Defendant has no information or belief that the following statements of the complaint are true, so defendant denies them (state paragraph numbers from the complaint or explain below or, if more room needed, on form MC-025):
         ☐ Explanation is on form MC-025, titled as Attachment 2b(1)(b).

      (2) **Denial of Allegations in Mandatory Cover Sheet and Supplemental Allegations—Unlawful Detainer** (form UD-101)

      (a) ☒ Defendant did not receive plaintiff's Mandatory Cover Sheet and Supplemental Allegations (form UD-101). (If not checked, complete (b) and (c), as appropriate.)

      (b) ☐ Defendant claims the statements in the Verification required for issuance of summons—residential, item 3 of plaintiff's Mandatory Cover Sheet and Supplemental Allegations (form UD-101), are false.

      (c) Defendant claims the following statements on the Mandatory Cover Sheet and Supplemental Allegations—Unlawful Detainer (form UD-101) are false (state paragraph numbers from form UD-101 or explain below or, if more room needed, on form MC-025): ☐ Explanation is on form MC-025, titled as Attachment 2b(2)(c).

Form Approved for Optional Use
Judicial Council of California
UD-105 [Rev. April 14, 2022]  ANSWER—UNLAWFUL DETAINER  Page 1 of 6
Civil Code, § 1940 et seq.
Code of Civil Procedure, §§ 425.12,
1161 et seq., 1179.01 et seq.
www.courts.ca.gov

Scanned with CamScanner